**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**San Antonio Division**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **LYNAY HEALTHCARE, INC.** | § | Case No. 03-53418-RBK |
| | § | |
| | § | |
| | § | |
| Debtor(s). | § | |

## SUPPLEMENTAL FINAL REPORT

The undersigned trustee reports:

1.  The trustee has received additional funds not previously reported in the amount of $20.58. The source of such funds was from the office of Marion A. Olson as Chapter 13 Trustee for Mitchell and Elizabeth Watkins. The trustee is requesting payment on expenses.

3.  The returned and/or new funds should be distributed in accordance with 11 U.S.C. 726, as shown on the attached Supplemental Distribution Report.

The undersigned trustee hereby certifies that on this date, the original and three copies of this report were mailed to the United States Trustee for review, and a copy was mailed to the debtor(s) and to the counsel for the debtor(s).

Dated:  January 11, 2007             /s/ RANDOLPH N. OSHEROW
                                     RANDOLPH N. OSHEROW, Trustee
                                     342 West Woodlawn, Suite 300
                                     San Antonio, TX  78212
                                     (210) 738-3001

# SUPPLEMENTAL DISTRIBUTION REPORT

| Claim Number | Claimant | Claim Amount | Previously Paid | Supplemental Distribution |
|---|---|---|---|---|
| | RANDOLPH N. OSHEROW | 9,764.77 | 9,756.58 | 0.00 |
| | RANDOLPH N. OSHEROW | 2,217.08 | 1,616.68 | 20.58 |
| | WOODS STORAGE | 327.00 | 327.00 | 0.00 |
| | POSTMASTER | 90.00 | 90.00 | 0.00 |
| | YES DELIVERY | 417.00 | 417.00 | 0.00 |
| | TOMMY HORTON | 251.80 | 251.80 | 0.00 |
| | RANDOLPH N. OSHEROW | 7,422.00 | 7,422.00 | 0.00 |
| | RANDOLPH N. OSHEROW, | 677.79 | 677.79 | 0.00 |
| | JANET RAKOWITZ | 170.00 | 170.00 | 0.00 |
| | BRIAN CRITTENDEN | 661.72 | 661.72 | 0.00 |
| 000050 | CITY AND COUNTY OF DENVER/TREASURY | 524.77 | 524.77 | 0.00 |
| 000156 | TRAVIS COUNTY TAX COLLECTOR | 4,658.93 | 4,658.93 | 0.00 |
| 000206 | DALLAS COUNTY | 9,635.42 | 9,635.42 | 0.00 |
| 000207 | TRAVIS COUNTY | 21,099.44 | 21,099.44 | 0.00 |
| 000213 | UNITED STATES TRUSTEE | 500.00 | 500.00 | 0.00 |
| 000242 | RICHARDSON ISD | 3,094.00 | 3,094.00 | 0.00 |
| | WOODS STORAGE | 654.00 | 654.00 | 0.00 |
| | YES DELIVERY, INC. | 780.00 | 780.00 | 0.00 |
| | RANDOLPH N. OSHEROW | 8,838.00 | 8,838.00 | 0.00 |
| | RANDOLPH N. OSHEROW | 4,618.81 | 4,618.81 | 0.00 |
| | MARTHA NERIO | 1,757.81 | 1,757.81 | 0.00 |
| | JANET RAKOWITZ | 255.00 | 255.00 | 0.00 |
| 000245 | COUNTY OF GUADALUPE ET AL | 42,000.00 | 42,000.00 | 0.00 |
| | LANGLEY & BANACK, INC. | 8,000.00 | 8,000.00 | 0.00 |
| | LANGLEY & BANACK, INC. | 2,265.53 | 2,265.53 | 0.00 |
| | INTERNATIONAL SURETIES | 202.55 | 202.55 | 0.00 |