UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In re: §
§
**LYNAY HEALTHCARE, INC.** §
§
§
Debtor(s). § Case No. 03-53418-RK-7

**NOTICE OF SECOND AMENDED FINAL REPORT
BEFORE DISTRIBUTION**

TO: ALL CREDITORS AND OTHER PARTIES IN INTEREST.

    IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THE TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT BEFORE DISTRIBUTION. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT AT 615 EAST HOUSTON STREET, P.O. BOX 1439, SAN ANTONIO, TEXAS 78295-1439, WITHIN TWENTY (20) DAYS FROM THE DATE OF THIS NOTICE, TOGETHER WITH A REQUEST FOR A HEARING, AND SERVE A COPY OF BOTH TO THE TRUSTEE, ANY PARTY WHOSE APPLICATION IS BEING CHALLENGED AND THE UNITED STATES TRUSTEE, AT THE ADDRESSES SHOWN ON THE REVERSE SIDE HEREOF; OTHERWISE THE COURT MAY TREAT THE TRUSTEE'S FINAL REPORT AND ACCOUNT BEFORE DISTRIBUTION AS UNOPPOSED AND GRANT THE RELIEF.

    NOTICE IS GIVEN that the trustee has filed an Amended Final Report which states:
Total Receipts                             $136,192.13
Total Interim Disbursements           $130,295.41
Balance on Hand for distribution         $5,896.72

    NOTICE IS FURTHER GIVEN that the following applications for payment of administrative expenses have been filed and paid, or will be paid upon approval by the Court:

| Administrative | Allowed & Paid | Allowed & Not Paid | Amount Requested Herein | Proposed Payment (Incl.Pro-rata) | Total | %* |
|---|---|---|---|---|---|---|
| **Trustee Compensation** | | | | | | |
| RANDOLPH N. OSHEROW | 9,756.58 | | | | 9,756.58 | 7.16% |
| RANDOLPH N. OSHEROW | | | 303.03 | 303.03 | 303.03 | 0.22% |
| **Trustee Expenses** | | | | | | |
| RANDOLPH N. OSHEROW | 2,162.03 | | 55.05 | 55.05 | 2,217.08 | 1.63% |
| **Attorney for Trustee Fees (Trustee Firm)** | | | | | | |
| RANDOLPH N. OSHEROW, PC 03/10/05 DOC. 574 | 7,422.00 | | | | 7,422.00 | 5.45% |
| RANDOLPH N. OSHEROW, PC 07/25/05 Doc. 608 | 8,838.00 | | | | 8,838.00 | 6.49% |
| **Attorney for Trustee Expenses (Trustee Firm)** | | | | | | |
| RANDOLPH N. OSHEROW, PC 03/10/05 DOC. 574 | 677.79 | | | | 677.79 | 0.50% |
| RANDOLPH N. OSHEROW, PC 07/25/05 DOC. 608 | 4,618.81 | | | | 4,618.81 | 3.39% |
| **Accountant for Trustee Fees (Other Firm)** | | | | | | |
| JANET RAKOWITZ 04/04/05 DOC. 583 | 170.00 | | | | 170.00 | 0.12% |
| JANET RAKOWITZ 03/06/06 DOC. 620 | 255.00 | | | | 255.00 | 0.19% |
| **Other Professional Fees** | | | | | | |
| BRIAN CRITTENDEN 04/18/05 DOC. 587 | 661.72 | | | | 661.72 | 0.49% |
| **Attorney for Creditor Fees (Chapter 7 or 11)** | | | | | | |

| | Allowed & Paid | Allowed & Not Paid | Amount Requested Herein | Proposed Payment (Incl.Pro-rata) | Total | %* |
|---|---|---|---|---|---|---|
| LANGLEY & BANACK, INC. 01/03/05 DOC. 556 | 8,000.00 | | | | 8,000.00 | 5.87% |
| **Attorney for Creditor Expenses (Chapter 7 or 11)** | | | | | | |
| LANGLEY & BANACK, INC. 01/03/06 DOC. 556 | 2,265.53 | | | | 2,265.53 | 1.66% |
| **Other Chapter 7 Admin. Expenses:** | | | | | | |
| Bond Payments | 202.55 | | | | 202.55 | 0.15% |
| Costs to Secure Property (e.g., casualty insurance, locksmiths) | 981.00 | | | | 981.00 | 0.72% |
| U.S. Trustee Quarterly Fees | 500.00 | | | | 500.00 | 0.37% |
| Other Chapter 7 Administrative Expenses | 1,538.80 | | | | 1,538.80 | 1.13% |
| **Chapter 11 Admin. Claims:** | | | | | | |
| **Other Professional Fees (Chapter 11)** | | | | | | |
| MARTHA NERIO 09/26/05 DOC. 613 | 1,757.81 | | | | 1,757.81 | 1.29% |
| **Other State or Local Taxes (non-payroll and non-sales taxes) (Chapter 11)** | | | | | | |
| TRAVIS COUNTY TAX COLLECTOR | 4,658.93 | | | | 4,658.93 | 3.42% |
| **Other Prior Chapter Administrative Expenses** | | | | | | |
| PREFERRED CAPITAL, INC. | | 4,728.26 | | 4,339.62 | 4,339.62 | 3.19% |
| MISSISSIPPI STATE TAX COMMISSION | | 1,306.40 | | 1,199.02 | 1,199.02 | 0.88% |
| **Total Administrative Expense** | 54,466.55 | 6,034.66 | 358.08 | 5,896.72 | 60,363.27 | 44.32% |
| **Creditor** | | | | | | |
| Liens, security interests, or other interests in property of the estate | 3,094.00 | | | | 3,094.00 | 2.27% |
| Allowed Priority Unsecured claims and/or Certain Secured Tax Claims | 72,734.86 | | | | 72,734.86 | 53.41% |
| General Unsecured Claims | | | | | | |
| **Non-Estate** | | | | | | |
| Non-Estate Fund Distributions to Parties in Interest (Trustee Compensable) 326(a) | | | | | | |
| Payments to Debtor | | | | | | |
| Excess Funds 726(a)(6) Exemptions | | | | | | |
| **Total Distribution** | 130,295.41 | 6,034.66 | 358.08 | 5,896.72 | 136,192.13 | 100.0% |

**\* Note: Percentage is to Total Receipts on the Final Report.**

**NOTICE IS FURTHER GIVEN** that all remaining scheduled property of the estate not otherwise administered at the time of the closing of the case is or will be abandoned.

Dated: April 30, 2007          By: _____
                                   George D. Prentice, II
                                   Clerk, U.S. Bankruptcy Court

UNITED STATES TRUSTEE
P.O. BOX 1539
SAN ANTONIO, TEXAS  78295-1539

RANDOLPH N. OSHEROW
342 West Woodlawn, Suite 300
San Antonio, TX  78212